1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No.  2:14-cv-02791-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, | |
| Defendant. | |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No.  2:15-cv-00450-TLN-KJN |
| Plaintiff, | |
| v. | |
| SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, | |
| Defendant. | |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No.  2:15-cv-00473-TLN-KJN |

1

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,

Defendant.

PRIME HEALTHCARE SERVICES –
SHASTA, LLC, a Delaware limited
liability company doing business as Shasta
Regional Medical Center,

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,

Defendant.

No.  2:15-cv-00474-TLN-KJN

PRIME HEALTHCARE SERVICES –
SHASTA, LLC, a Delaware limited
liability company doing business as Shasta
Regional Medical Center,

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,

Defendant.

No.  2:15-cv-00709-TLN-KJN

PRIME HEALTHCARE SERVICES –
SHASTA, LLC, a Delaware limited
liability company doing business as Shasta
Regional Medical Center,

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,

No.  2:15-cv-00154-TLN-KJN

2

|  | |
|---|---|
| Defendant. | |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No.  2:15-cv-00324-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No.  2:15-cv-00400-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No.  2:15-cv-01120-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No.  2:16-cv-00230-TLN-KJN |

3

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,

Defendant.

PRIME HEALTHCARE SERVICES –
SHASTA, LLC, a Delaware limited
liability company doing business as Shasta
Regional Medical Center,

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,

Defendant.

No.  2:16-cv-02521-TLN-KJN

PRIME HEALTHCARE SERVICES –
SHASTA, LLC, a Delaware limited
liability company doing business as Shasta
Regional Medical Center,

Plaintiff,

v.

SYLVIA MATHEWS BURWELL, in her
official capacity as Secretary of the
Department of Health and Human Services,

Defendant.

No.  2:16-cv-02278-TLN-KJN

This matter is before the Court on nine separate Motions to Dismiss in the related cases listed above.  On November 9, 2016, the parties submitted a Joint Statement addressing the Court's proposal to refer the cases to a Special Master.  (ECF No. 45.)  Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff") consented to the appointment of a Special Master.  (ECF No. 45 at 4.)  However, Defendant Sylvia Mathews Burwell ("Defendant") did not consent and instead recommended that the pending motions be sent to Magistrate Judge Kendall J. Newman

4

for Findings and Recommendations.  (ECF No. 45 at 7.)  The Court asked Plaintiff to respond to Defendant's suggestion and on December 15, 2016, Plaintiff agreed to submit the pending motions in all related cases to Magistrate Judge Newman.  (ECF No. 49 at 5–6.)  The Court hereby REFERS all pending Motions to Dismiss in the lead action and the related cases to Magistrate Judge Newman for Findings and Recommendations.  Additionally, the Court ORDERS that all future motions to dismiss or motions to amend be noticed before Magistrate Judge Newman.

IT IS SO ORDERED.


Dated: December 15, 2016

Troy L. Nunley
United States District Judge

5